AMBASSADOR MANAGEMENT CORPORATION et al., Appellants, v. INCORPORATED VILLAGE OF HEMPSTEAD, Respondent.— Action to declare invalid and to cancel certain assessments for benefit imposed on the real properties of plaintiffs, in proceedings pursuant to article 14 of the Village Law to acquire real property within the village of Hempstead for a parking place. Plaintiffs appeal from an order directing judgment on the pleadings in favor of the defendant, and dismissing their complaint, and from the judgment entered pursuant to said order. Order and judgment unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Lewis, P. J., Hagarty, Adel, Aldrich and Nolan, JJ. [186 Misc. 74.]

EDWARD BIANCO, Respondent, v. MOTOR HAULAGE COMPANY, INC., Appellant, et al., Defendants.— In a negligence action to recover damages for personal injuries, defendant appeals from a judgment in favor of the plaintiff, entered upon the verdict of a jury. Judgment affirmed, with costs. No opinion. Lewis, P. J., Johnston and Aldrich, JJ., concur; Adel and Nolan, JJ., dissent and vote to reverese the judgment and to grant a new trial on the ground that the finding implicit in the verdict that the plaintiff was free from contributory negligence is against the weight of the evidence.